| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2004** | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Moore, Thomas K | 2. Court or Organization<br><br>District Court of the V.I. | 3. Date of Report<br><br>5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ FInal | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Ron de Lugo Federal Building<br>5500 Veterans Drive, Suite 310<br>St. Thomas, VI 00802-6424 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Cowpet Bay Condominium Association |
| 2. Board Member | St. Thomas Yacht Club |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 P 12: 5T FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you.were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Thomas K | 5/12/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank International | Credit Card | J |
| 2. Bank of America | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Thomas K | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Idaho Power Co. Preferred Stock | A | Dividend | | | Full Call | 9/20 | J | A | |
| 2. Broker No. 5 (IRA accounts) | C | Dividend | | | Closed | 12/31 | | | See Part VIII |
| 3. Broker No. 6 (IRA accounts) | C | Dividend | M | T | Opened | 11/29 | | | See Part VIII |
| 4. -GSK Common Stock | | | | | Sell | 12/7 | J | A | |
| 5. -LU Common Stock | | | | | Sell | 12/7 | J | A | |
| 6. -INTC Common Stock | | | | | Sell | 12/7 | K | B | |
| 7. -MSFT Common Stock | | | | | Sell | 12/7 | J | A | |
| 8. -NCR Common Stock | | | | | Sell | 12/7 | J | A | |
| 9. -EMR Common Stock | | | | | Sell | 12/7 | J | A | |
| 10. -PFE Common Stock | | | | | Sell | 12/7 | J | A | |
| 11. -WMT Common Stock | | | | | Sell | 12/7 | J | A | |
| 12. -BRKB | | | | | Sell | 12/28 | J | B | |
| 13. -DRE | | | | | Sell | 12/7 | J | A | |
| 14. -CWGIX | | | | | Sell | 12/7 | K | A | |
| 15. -AV | | | | | Sell | 12/7 | J | A | |
| 16. -GE Common Stock | | | | | Sell | 12/7 | J | A | |
| 17. -FPL Common Stock | | | | | Sell | 12/7 | J | A | |
| 18. -CBBCX | | | | | Sell | 12/7 | K | B | |

1. Income/Gain Codes: A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Thomas K | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -FCISX | | | | | Sell | 12/7 | K | B | |
| 20. -AICCX | | | | | Sell | 12/7 | K | B | |
| 21. -PSA.A | | | | | Sell | 12/7 | J | A | |
| 22. -UBS Pace Glbl Fxd Inc Inv Fd Class P | | | | | Buy | 12/7 | K | | |
| 23. -UBS Pace Gov Fxd Inc Inv Fd Class P | | | | | Buy | 12/7 | K | | |
| 24. -UBS Pace Lrg Co Grth Equity Inv Fd Class P | | | | | Buy | 12/7 | K | | |
| 25. -UBS Pace Int'l Emerg Mrkts Equity Inv Fd Class P | | | | | Buy | 12/7 | J | | |
| 26. -UBS Pace Int'l Equity Inv Fd Class P | | | | | Buy | 12/7 | K | | |
| 27. -UBS Pace Lrg Co Value Equity Inv Fd Class P | | | | | Buy | 12/7 | K | | |
| 28. -UBS Pace Sml/med Co Grth Equity Inv Fd Class P | | | | | Buy | 12/7 | J | | |
| 29. -UBS Pace Sml/med Co Value Equity Inv Fd Class P | | | | | Buy | 12/7 | J | | |
| 30. -UBS Pace Money Mrkt Inv Fd Class P | | | | | Buy | 12/7 | J | | |
| 31. -UBS Pace Strategic Fxd Inc.Inv Fd Class P | | | | | Buy | 12/7 | K | | |
| 32. Broker No. 5 | | | | | Closed | 12/31 | | | See Part VIII |
| 33. -GBT Common Stock | | None | A | T | | | | | |
| 34. -BLTI | | | | | Buy | 1/5 | J | | |
| 35. | | | | | Sell | 6//8 | J | | |
| 36. -KSWS | A | Dividend | | | Buy | 1/5 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | Sell | 6/8 | J | | |
| 38. -SUP | A | Dividend | | | Buy | 1/20 | J | | |
| 39. | | | | | Sell | 6/9 | J | | |
| 40. -OSIS | | | | | Buy | 1/2 | J | | |
| 41. | | | | | Sell | 9/20 | J | | |
| 42. -BDY | | | | | Buy | 2/6 | J | | |
| 43. | | | | | Sell | 9/20 | | | |
| 44. -BN | A | Dividend | | | Buy | 1/26 | J | | |
| 45. | | | | | Sell | 12/30 | J | A. | |
| 46. -CHRW | A | Dividend | | | Buy | 1/26 | J | | |
| 47. | | | | | Sell | 12/30 | J | B | |
| 48. -CAI | | | | | Buy | 9/3 | J | | |
| 49. | | | | | Sell | 12/30 | J | B | |
| 50. -CQB | | | | | Buy | 10/6 | J | | |
| 51. | | | | | Sell | 12/30 | J | A | |
| 52. -COO | A | Dividend | | | Buy | 1/20 | J | | |
| 53. | | | | | Sell | 12/30 | J | B | |
| 54. -CXW | | | | | Buy | 1/20 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Thomas K | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. | | | | | Sell | 12/30 | J | B | |
| 56. -CVH | | | | | Buy | 1/31 | J | | |
| 57. | | | | | Sell | 12/30 | J | B | |
| 58. -CUNO | | | | | Buy | 9/3 | J | | |
| 59. | | | | | Sell | 12/30 | J | A | |
| 60. -IPCR | A | Dividend | | | Buy | 1/5 | J | | |
| 61. | | | | | Sell | 12/30 | J | A | |
| 62. -MVL | | | | | Buy | 9/3 | J | | |
| 63. | | | | | Sell | 12/30 | J | B | |
| 64. -TECUA | A | Dividend | | | Buy | 9/3 | J | | |
| 65. | | | | | Sell` | 12/30 | J | A | |
| 66. -THO | A | Dividend | | | Buy | 1/3 | J | | |
| 67. | | | | | Sell | 12/30 | J | B | |
| 68. Rental Property No. 1 (2/1989 $105,000.00) | D | Rent | L | W | | | | | |
| 69. Rental Property No. 2, St. Croix (6/1993 $139,000.00) | D | Rent | L | W | Sell | 9/3 | M | | |
| 70. TIAA Annuity (Traditional) | C | Interest | L | T | | | | | |
| 71. CREF Stock Fund | | None | K | T | | | | | |
| 72. CREF Global Equity Fund | | None | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 74. First Bank - Puerto Rico | A | Interest | J | T | | | | | |
| 75. XGIMX | A | Dividend | J | T | | | | | |
| 76. Broker No. 6 (taxable account) | A | Interest | M | T | Opened | 11/29 | | | See Part VIII |
| 77. -JBSS Common Stock | | None | | | Sell | 6/9 | J | | |
| 78. -MW Common Stock | | None | | | Sell | 1/20 | J | | |
| 79. -SPRT Common Stock | | None | | | Sell | 6/9 | J | | |
| 80. -UTSI Common Stock | | None | | | Sell | 9/3 | J | | |
| 81. -ISLE Common Stock | | None | | | Sell | 7/9 | J | | |
| 82. -GSE Common Stock | | None | | | Sell | 2/6 | J | | |
| 83. -TALX Common Stock | | None | | | Sell | 1/20 | J | | |
| 84. -IDXX Common Stock | | None | | | Sell | 9/3 | J | A | |

| 1. Income/Gain Codes: (See Columns Bl and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns Cl and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Thomas K | 5/12/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII, items 2 and 3: during November and December of 2004 all holdings in IRA accounts of Broker No. 5 were transferred into a new broker, Broker No. 6.

PART VII, items 32 and 76: some investments acquired in taxable account of Broker No. 5 were liquidated in that account and the rest were transferred to taxable account of Broker No. 6 and liquidated during December of 2004. No additional investments were purchased in the taxable account of Broker No. 6 during 2004.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Thomas K | 5/12/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _May 12, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544